UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :
       - v. -                   :     APPLICATION AND
                                       :     UNSEALING ORDER
FNU LNU,                          :
   a/k/a "Enrique,"               :     07 Cr. 482
LEOBARDO CISNEROS-MAGANA,         :
   a/k/a "Compadre,"              :
                    Defendants.    :

- - - - - - - - - - - - - - - - x

       The United States of America, by Michael J. Garcia, United States Attorney for the Southern District of New York, and Rua M. Kelly, Assistant United States Attorney, of counsel, hereby makes this application to this Court for an Order: (1) to unseal the Indictment in the above-captioned matter; and (2) to make publicly available a copy of the Indictment.

                            MICHAEL J. GARCIA
                            United States Attorney
                            Southern District of New York

            By: _____
                  Rua M. Kelly
                  Assistant United States Attorney
                  Southern District of New York
                  (212) 637-2471

IT IS SO ORDERED:

Dated: New York, New York
       June ___, 2007

                            _____
                            UNITED STATES MAGISTRATE JUDGE
                            SOUTHERN DISTRICT OF NEW YORK

0293

DOUGLAS F. EATON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK