MEMO ENDORSED



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/07

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 26, 2007

RECEIVED
JUN 27 2007
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

BY HAND
Honorable Deborah A. Batts
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

    Re:  **United States v. FNU LNU, a/k/a "Enrique"**
         **07 Cr. 482 (DAB)**

Dear Judge Batts:

    The defendant was arraigned before Magistrate Judge Douglas Eaton on June 21, 2007, and time was excluded through June 25, 2007. The Government respectfully requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act until the pretrial conference before Your Honor on August 6, 2007 at 10:30 a.m., because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8).

granted
DAB

                Respectfully submitted,

                MICHAEL J. GARCIA
                United States Attorney

      By: _____
           Rua M. Kelly
           Assistant United States Attorney
           (212) 637-2471
           (212) 637-2527 (fax)

cc: Martin Geduldig, Esq.

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

June 27, 2007