# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

UNITED STATES OF AMERICA

   -against-

FNU LNU  a/k/a

ADOLPHO VASQUEZ                                       Case Number: 07-CR-482 (DAB)

               Defendant

To the Clerk of this court and all parties of record:
Enter my appearance as counsel in this case for

_____

I hereby certify that:

1) I am admitted to practice in this district, having been admitted on 9/19/95,

2) That I am a member of the New York and SDNY bars in good standing and that I will provide the Court with a certificate of good standing within 30 days,

3) That I will follow the local rules of this district.

S. MICHAEL MUSA-OBREGON, ESQ.
Bar Number: SMMO 1220
MUSA-OBREGON & ASSOCIATES
55-21 69TH STREET
MASPETH, NY 11372

Email address: musaobregonlaw@gmail.com
Tel. (718) 803-1000
Fax (718) 507-8486
Cell number (917) 224-5497