# MICHAEL MUSA-OBREGON & ASSOCIATES
### ATTORNEYS AND COUNSELORS AT LAW
A PROFESSIONAL CORPORATION INCORPORATED IN THE STATE OF NEW YORK

55-21 69TH STREET
MASPETH, N.Y. 11378
TEL. (718) 803-1000
FAX (718) 507-8496
musaobregonesqs@aol.com

S. MICHAEL MUSA-OBREGON*

MAYRA VELEZ-CAMACHO–
RAMI FAKHOURY+
DUANE M. RIVERS˙

NEW JERSEY OFFICE
DUANE M. RIVERS, ESQ
177 OUTWATER LANE
GARFIELD NJ 07026

CONNECTICUT OFFICE
RAMI FAKHOURY, ESQ.
139 MAIN STREET, SUITE 210
STAMFORD, CT 06901

*Admitted only in NY. Practice in NJ and CT limited to Immigration and Nationality Law.
–Admitted in NY
+ Admitted in NY, CT
˙ Admitted in NJ
**admitted in NJ, NY

RECEIVED DEC 19 2007 CHAMBERS OF JUDGE ROBERT P. PATTERSON

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07

**MEMO ENDORSED**

Re: United States v. Enrique Hinojosa Acevedo
05 CR. 742
07 CR. 482

Dear Judge Patterson:

I respectfully request an adjournment for the above captioned case for tomorrow Thursday December 20, 2007 at 2:00 pm time excludable from speedy trial in the a interest of justice because attorney unavailability. In which I am required to appear on Wednesday, December 19, 2007.

I have advised Assistant United States Attorney Rua M. Kelly and Anirudh Bansal, in this matter, by communicating by telephone and both attorneys consented to this adjournment.

Thank you for your consideration in this matter.

CC: AUSA Rua Kelly
CC: AUSA Anirudh Bansal

Respectfully submitted,
S. Michael Musa Obregon Law Offices

*Application granted. Conference adjourned to 12/20/07 at 2:00PM. So ordered. Robert P. Patterson, USDJ 12/19/07*

# LAW OFFICES OF
# S. MICHAEL MUSA-OBREGON, P.C.

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Hon. Judge Patterson | Crystal Sosa |
| COMPANY: | DATE: 12/19/07 |
| 212-805-0238 | TOTAL NO. OF PAGES INCLUDING COVER: 2 |
| FAX: 212-805-7917 | SENDER'S REFERENCE NUMBER: 05 CR.742 / 07 CR.482 |
| RE: ENRIQUE HINOJOSA ACEVEDO | YOUR REFERENCE NUMBER: |

URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS: