# MUSA-OBREGON & ASSOCIATES
ATTORNEYS AND COUNSELORS AT LAW
55-21 69TH STREET
MASPETH, N.Y. 11378
TEL. (718) 803-1000
FAX (718) 507-8496
musaobregonlaw@gmail.com

S. MICHAEL MUSA-OBREGON*

MAYRA VELEZ-CAMACHO*
DUANE RIVERS~
CHARYSMEL F. MANASRA**
OF COUNSEL

NEW JERSEY OFFICE
DUANE RIVERS, ESQ.
177 OUTWATER LANE
GARFIELD NJ 07026

*Admitted only in NY. Practice in NJ limited to Immigration and Nationality Law.
~ Admitted in NJ
*Admitted in NJ, NY

RECEIVED APR - 8 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

VIA ECF

April 3, 2008

The Honorable Robert Patterson USDJ
U.S. District Court
500 Pearl Street
New York, NY 10012

RE: USA V. FNU LNU (Adolfo Vasquez) Cr. 07-482 (DAB)
    USA v. Enrique Hinojosa-Acevedo Cr. 05-0742 (RPP)

**MEMO ENDORSED**

Dear Patterson:

I write to most respectfully request that the sentencing hearing scheduled for this April 10 for Mr. Acevedo be rescheduled to a date after May 1. I have just yesterday received the PSR and need sufficient time to respond to it as well as to go over the report with Mr. Acevedo.

I have discussed his matter with the government, with AUSA Rua Kelly, who has indicated she has no objection to this request.

Sincerely,

S. MICHAEL MUSA-OBREGON

*Application granted. Sentencing is adjourned to 5/8/08 at 4PM. So ordered. Robt P. Patterson US DJ 4/8/07*