# MICHAEL MUSA-OBREGON & ASSOCIATES
## ATTORNEYS AND COUNSELORS AT LAW
55-21 69TH STREET
MASPETH, N.Y. 11378
TEL. (718) 803-1000
FAX (718) 507-8496
musaobregonlaw@gmail.com

S. MICHAEL MUSA-OBREGON*

MAYRA VELEZ-CAMACHO*
RAMI FAKHOURY+
DUANE RIVERS~
CHARYSMEL F. MANASRA**
OF COUNSEL

NEW JERSEY OFFICE
DUANE RIVERS, ESQ
177 OUTWATER LANE
GARFIELD NJ 07026

*Admitted only in NY. Practice in NJ and CT limited to Immigration and Nationality Law.
+Admitted in NY, CT
~Admitted in NJ
**admitted in NJ, NY

MEMO ENDORSED

RECEIVED
MAY 19 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

May 19, 2008

The Honorable Robert Patterson, USDJ
U.S. District Court
500 Pearl Street
New York, NY 10012

RE: USA V. FNU LNU (Adolfo Vasquez) Cr. 07-482 (DAB)
   USA v. Enrique Hinojosa-Acevedo Cr. 05-0742 (RPP)

Dear Judge Patterson:

I write to most respectfully request the adjournment of Mr. Acevedo's case scheduled for tomorrow for a June 3rd date. I am ill with bronchitis, I do not feel well and I am still awaiting documents from the family which would be relevant for sentencing.

Respectfully submitted,

Sincerely,

S. MICHAEL MUSA-OBREGON

Cc: AUSA Rua Kelly

*Application Granted
So ordered
Robert P. Patterson
USDJ
5/19/08*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08