# MUSA-OBREGON & ASSOCIATES

### ATTORNEYS AND COUNSELORS AT LAW
55-21 69TH STREET
MASPETH, N.Y. 11378

S. MICHAEL MUSA-OBREGON*

TEL. (718) 803-1000
FAX (718) 507- 8496
musaobregonlaw@gmail.com

NEW JERSEY OFFICE
DUANE RIVERS, ESQ.
177 OUTWATER LANE
GARFIELD NJ 07026

MAYRA VELEZ-CAMACHO*
DUANE RIVERS~
CHARYSMEL F. MANASRA**
　　　OF COUNSEL

*Admitted only in NY. Practice in NJ  limited to Immigration and Nationality Law.
~ Admitted in NJ
*Admitted in NJ, NY

VIA ECF

June 1, 2008

The Honorable Robert P. Patterson, USDJ
U.S. District Court
500 Pearl Street
New York, NY 10012

RE: USA V. FNU LNU (Adolfo Vasquez) Cr. 07-482 (RPP)
　　USA v. Enrique Hinojosa-Acevedo Cr. 05-0742 (RPP )

Dear Judge Patterson:

I write to request an adjournment of Mr. Acevedo's sentence from June 3, 2008 to a date after the 4th of July.

I am informed by the AUSA, who has no objection to this request, that he is currently under quarantine due to smallpox exposure at the MCC and that therefore it would be prudent to adjourn this matter.

Respectfully submitted,

 Sincerely,

S. MICHAEL MUSA-OBREGON

cc: AUSA Rua Kelly