

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

RECEIVED JUL -8 2008

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 7/8/08

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 7, 2008

**BY FAX**
Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re:  **United States v. Enrique Hinojosa-Acevedo**
     **07 Cr. 482 (RPP)**

Dear Judge Patterson:

The Government has been advised that defense counsel is unable to appear at tomorrow's scheduled sentencing, due to ongoing medical issues related to a recent hospitalization.

While the Government does not object to tomorrow's adjournment in light of defense counsel's health problems, we respectfully request that the Court schedule a status conference in this matter at the earliest date and time when defense counsel is medically ready. Earlier today, the Government received a copy of the defendant's June 29, 2008 letter to the Court, in which he sought for the appointment of new counsel because of defense counsel's ongoing unavailability. Accordingly, the Government believes that a conference should be scheduled to ensure that the defendant can raise these issues with the Court.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Rua M. Kelly
Assistant United States Attorney
(212) 637-2471

cc:  AUSA Anirudh Bansal
     Michael Musa-Obregon, Esq.

*application granted.*
*Schedule status*
*conference.*
*So ordered*
*7/8/08*

TOTAL P.01