# MUSA-OBREGON & ASSOCIATES
### ATTORNEYS AND COUNSELORS AT LAW
55-21 69TH STREET
MASPETH, N.Y. 11378

S. MICHAEL MUSA-OBREGON*  
_____  
MAYRA VELEZ-CAMACHO*  
DUANE RIVERS~  
CHARYSMEL F. MANASRA**  
    OF COUNSEL

TEL. (718) 803-1000  
FAX (718) 507- 8496  
musaobregonlaw@gmail.com

<u>NEW JERSEY OFFICE</u>  
DUANE RIVERS, ESQ.  
177 OUTWATER LANE  
GARFIELD NJ 07026

*Admitted only in NY. Practice in NJ limited to Immigration and Nationality Law.  
~ Admitted in NJ  
*Admitted in NJ, NY

<u>VIA ECF</u>

August 22, 2008

The Honorable Robert P. Patterson, USDJ
U.S. District Court
500 Pearl Street
New York, NY 10012

   <u>RE: USA V. FNU LNU (Adolfo Vasquez) Cr. 07-482 (RPP)</u>
       <u>USA v. Enrique Hinojosa-Acevedo Cr. 05-0742 (RPP )</u>

Dear Judge Patterson:

I write to request a final adjournment of Mr. Acevedo's sentence from August 26, 2008 to a date after the 15th of September.

While I have requested from my client's family a number of materials relevant for sentencing, I have only received a small number of them. The family has informed my secretary that they need several more weeks. I would request that this adjournment be marked final. I will reiterate to Mr. Acevedo the import of having his family cooperate with his defense efforts.

I am informed by the AUSA Rua Kelly that she has no objection to this request.

Respectfully submitted,

 Sincerely,

S. MICHAEL MUSA-OBREGON

cc: AUSA Rua Kelly