# MUSA-OBREGON & ASSOCIATES
### ATTORNEYS AND COUNSELORS AT LAW
55-21 69TH STREET
MASPETH, N.Y. 11378
TEL. (718) 803-1000
FAX (718) 507-8496
musaobregonlaw@gmail.com

S. MICHAEL MUSA-OBREGON*

MAYRA VELEZ-CAMACHO*
DUANE RIVERS~
CHARYSMEL F. MANASRA**
OF COUNSEL

**NEW JERSEY OFFICE**
DUANE RIVERS, ESQ.
177 OUTWATER LANE
GARFIELD NJ 07026

*Admitted only in NY. Practice in NJ limited to Immigration and Nationality Law.
~ Admitted in NJ
*Admitted in NJ, NY

VIA ECF

August 22, 2008

The Honorable Robert P. Patterson, USDJ
U.S. District Court
500 Pearl Street
New York, NY 10012

*MEMO ENDORSED*

RE: USA V. FNU LNU (Adolfo Vasquez) Cr. 07-482 (RPP)
    USA v. Enrique Hinojosa-Acevedo Cr. 05-0742 (RPP)

Dear Judge Patterson:

I write to request a final adjournment of Mr. Acevedo's sentence from August 26, 2008 to a date after the 15th of September.

While I have requested from my client's family a number of materials relevant for sentencing, I have only received a small number of them. The family has informed my secretary that they need several more weeks. I would request that this adjournment be marked final. I will reiterate to Mr. Acevedo the import of having his family cooperate with his defense efforts.

I am informed by the AUSA Rua Kelly that she has no objection to this request.

Respectfully submitted,

Sincerely,

S. MICHAEL MUSA-OBREGON

cc: AUSA Rua Kelly

*Application denied. This case was referred to Probation for sentencing memoranda in December and scheduled for sentence in April. The MCC and MDC are overcrowded. So ordered.*
*[signed] Robert P. Patterson, USDJ*
*8/26/08*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08